UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL COTTRILL,<br><br>        Plaintiff,<br><br>    v.<br><br>ZARBEE'S, INC.,<br><br>        Defendant. | Case No. 22-cv-01599-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 17, 2022

_____
WILLIAM H. ORRICK
United States District Judge